IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARVIN HUDSON,                          )
                                        )
          Plaintiff,                    )
                                        )
vs.                                     )          CV 99-TMP-3394-S
                                        )
WARDEN BILLY MITCHEM, CAPTAIN           )
WALTER MYERS, LT. JIMMY RICHBURG,       )
OFFICER CHARLES WILLIS, CAPTAIN         )
CARTER, and LT. ETHERIDGE,              )
                                        )
          Defendants.                   )

**ENTERED**

**SEP 2 1 2000**

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 31, 2000, recommending

that the defendants' motion for summary judgment be granted and this cause be dismissed with

prejudice.  Plaintiff  filed objections on September 13, 2000, in which he maintains that the

magistrate judge abused his discretion in granting the defendants' motion for summary judgment.

The magistrate judge found that plaintiff was placed in segregation, not because he was

attempting to "petition the government for redress of grievances," but because of his negative

attitude and insubordinate actions which were, in fact, creating a security hazard.  The magistrate

judge also found, in the alternative, that the defendants would be entitled to qualified immunity from

damages because plaintiff had failed to submit any facts to show that it was clearly established in

this circuit, at the time of their actions, that the defendants could not have acted as they did based

on the lawful objective of maintaining security and order in the institution, even if, they were also

motivated to retaliate against plaintiff for circulating the petition.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the **20th** day of **September**, 2000.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE